# EXHIBIT A

Dec 15, 2021

# KASEY ALLEN JACKSON

Provided by TransUnion

## Personal Information

**NAMES REPORTED**

KASEY ALLEN JACKSON

**EMPLOYMENT INFO**

**ADDRESSES REPORTED**

## ENHANCED RECOVERY COMPAN $1,313.00

Reported: Dec. 05, 2021

**Overview**

| | |
|---|---|
| Balance $1313 | Highest Balance $1313 |
| Opened | Jan. 20, 2020 (1 yr, 10 mos) |
| Account status | Open |
| Type | Derogatory |
| Responsibility | Individual |
| Remarks | Placed for collection |
| Original Creditor Name | 11 AT T |
| Closed | No Info |

**Creditor Information**

ENHANCED RECOVERY COMPAN
PO BOX 57547
JACKSONVILLE, FL 32241

(800) 496-8941